1204

No. 96–1179. INDICATED EXPANSION SHIPPERS v. FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 96–1184. KAMILEWICZ ET AL. v. BANK OF BOSTON CORP. ET AL. C. A. 7th Cir. Motion of law teachers for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 96–1332. NORFOLK SOUTHERN RAILWAY CO. ET AL. v. LANG ET AL. Sup. Ct. Ala. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–1355. CALDERON, WARDEN v. BEAN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–1357. SMITH, PERSONAL REPRESENTATIVE OF SMITH, DECEASED v. SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA ET AL. C. A. 2d Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 96–1428. ANHEUSER-BUSCH, INC., ET AL. v. SCHMOKE, MAYOR OF BALTIMORE, ET AL. C. A. 4th Cir. Motions of Washington Legal Foundation, Ronald Rotunda and John Nowak, and Association of National Advertisers, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 96–1429. PENN ADVERTISING OF BALTIMORE, INC. v. SCHMOKE, MAYOR OF BALTIMORE, ET AL. C. A. 4th Cir. Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–6863. BANKS v. THOMAS, WARDEN, ET AL., 519 U. S. 1121;

No. 96–6981. PETERSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 519 U. S. 1123;

No. 96–7659. AZUBUKO v. FIRST NATIONAL BANK OF BOSTON ET AL., *ante*, p. 1127;

No. 96–7704. WELKY v. MAKOWSKI, WARDEN, ET AL., 519 U. S. 1156; and

No. 96–8029. VISINTINE v. UNITED STATES, *ante*, p. 1150. Petitions for rehearing denied.

MAY 1, 1997

No. 96–1552. UPJOHN CO. v. AMBROSINI ET AL. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 46.1. ■

No. 96–8858 (A–777). IN RE HILL. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 96–8857 (A–776). HILL v. ALABAMA. Ct. Crim. App. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

MAY 6, 1997

No. 96–8891 (A–788). IN RE WASHINGTON. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

MAY 12, 1997

No. 96–7167. LARSON v. WISCONSIN. Ct. App. Wis. Motion of petitioner for leave to proceed *in forma pauperis* granted. Cer-